UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARLTON VOSE,<br>    Plaintiff,<br><br>v.<br><br>TANG & MARAVELIS, P.C. and<br>BRIAN GOLDBERG,<br>    Defendant. | C.A. No. 22-CV-434-JJM-PAS |

## ORDER

The parties have filed nine motions that are currently pending before the Court. ECF Nos. 34, 36, 40, 43 49, 50, 56, 64, and 67. Three of these motions involve requests for extensions. ECF Nos. 49, 64, and 67. In essence, because he has been incarcerated until recently, Mr. Vose seeks more time to find an attorney, and to have experts review his case materials to support or defend summary judgment motions that both sides have filed. See ECF Nos. 34, 50, and 56. The Defendants seek an extension of their expert disclosure deadlines. ECF No. 67.

Mr. Vose should be given the opportunity while he is not incarcerated to find an attorney and engage and expert in this case. Therefore:

1. The Court GRANTS IN PART AND DENIES IN PART the Motions for Extension (ECF Nos. 49, 64, 67) as follows:

    a. The Scheduling Order is amended as follows:

        i. Plaintiff shall file any expert report on or before December 20, 2024.

    ii. Defendant shall file any expert report on or before January 24, 2025.
    iii. Expert discovery shall close by February 7, 2025.
    iv. Any dispositive motions shall be filed by February 28, 2025.

   b. No further extensions will be allowed.

   c. Any further or other relief requested by the parties is denied.

2. Plaintiff's Motion to Withhold Ruling (ECF No. 40) is DENIED as moot.

3. All pending Motions for Summary Judgment, Partial Summary Judgment, and to Strike (ECF Nos. 34, 36, 43, 50, and 56) are DENIED without prejudice as MOOT.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

November 14, 2024