# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CARLTON VOSE,**
    **Plaintiff,**

    v.                                                    C.A. No. 22-434 JJM

**TANG & MARARVELIS, P.C.**
**and BRIAN GOLDBERG,**
    **Defendants.**

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants Tang & Maravelis, P.C. and Brian Goldberg and against Plaintiff Carlton Vose pursuant to the Memorandum and Order entered on July 16th, 2025 by this Court.

                                                            Enter:

                                                            /s/ Ryan H. Jackson
                                                            Deputy Clerk

Dated: July 16, 2025